**Richard M. NASHIRO, Plaintiff— Appellant,**

v.

**LOCKHEED MISSILES AND SPACE COMPANY, INC., Defendant— Appellee.**

No. 02–15898.

D.C. No. CV–01–20990–JW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 14, 2003.

Decided May 28, 2003.

Before CANBY, KLEINFELD, and RAWLINSON, Circuit Judges.

MEMORANDUM *

The district court did not err when it dismissed appellant Richard Nashiro's contract claims on the basis of *res judicata. See Stewart v. U.S. Bancorp,* 297 F.3d 953, 956 (9th Cir.2002). The state court correctly ruled that Nashiro's claims were preempted by § 301 of the Labor Manage-

* This disposition is not appropriate for publication and may not be ·cited to or by the courts

ment Relations Act. The district court properly held that Nashiro had a full and fair opportunity to amend his contract claims in state court to assert them under § 301. *See Warehouse, Processing Dist. Workers Union, Local 26 v. Hugo Neu Proler Co.,* 65 Cal.App.4th 732, 737, 76 Cal.Rptr.2d 814 (Cal.App.2d 1998); *see also Tellez v. Pac. Gas and Elec.,* 817 F.2d 536, 537 n. 2 (9th Cir.1987).

**AFFIRMED.**

of this circuit except as provided by Ninth Circuit Rule 36–3.